IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. ) | |
| ) | |
| Counterclaim-Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. _____ |
| ) | |
| NETLIST, INC.,  ) | |
| ) | |
| Counterclaim-Defendant. ) | |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Counterclaim-Plaintiff Samsung Electronics Co., Ltd. ("Samsung"), by and through its undersigned attorneys, hereby moves for leave to file under seal the Counterclaims against Defendant Netlist, Inc. ("Netlist") and, in support thereof, state as follows:

1. Samsung's Counterclaims seek monetary, injunctive, and other equitable relief against Netlist, as well as a declaratory judgment that Netlist is prohibited from seeking or enforcing any exclusion order issued by the International Trade Commission.

2. Samsung's Counterclaims cite to and rely on communications from Netlist regarding settlement demands and offers, which Netlist has designated as confidential and not to be disclosed publicly. To the best of Samsung's knowledge, none of this information is publicly available.

3. Accordingly, because Netlist has designated the cited correspondence as confidential and Samsung's product information remains nonpublic, Samsung respectfully submits that good cause exists to file the Counterclaims under seal.

4. Attached as Exhibit A is a redacted public version of the Complaint.

WHEREFORE, Samsung respectfully requests that the Court grant this Motion for Leave to File the Complaint Under Seal.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Brian Nester<br>Peter Swanson<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, N.W.<br>Washington, DC  20001-4956<br>(202) 662-6000<br><br>Thomas E. Garten<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105-2533<br>(415) 591-6000<br><br>December 31, 2025 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br>_____<br>Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Counterclaim-Plaintiff* |